IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DAVID GENE DAUGHERTY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | CIVIL NO. 11-462-GPM |
| ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| **Defendant.** ) | |

# **MEMORANDUM AND ORDER**

**MURPHY, District Judge:**

      This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Clifford J. Proud (Doc. 22). Plaintiff David Gene Daugherty brings this case pursuant to 42 U.S.C. § 405(g) seeking reversal of a final administrative decision of Defendant Commissioner of Social Security finding that Mr. Daugherty is not disabled and denying him Disability Insurance Benefits pursuant to 42 U.S.C. § 423. In the Report and Recommendation, Magistrate Judge Proud recommends that Commissioner's final decision be affirmed. The Report and Recommendation was entered on February 3, 2012. Objections to the Report and Recommendation were due by February 21, 2012; to date, no objections have been filed. Where timely objections are filed, this Court must undertake a de novo review of the Report and Recommendation. *See* 28 U.S.C. § 636(b)(1)(B), (b)(1)(C); Fed. R. Civ. P. 72(b); SDIL-LR 72.1(a)(3); *Harper v. City of Chicago Heights*, 824 F. Supp. 786, 788 (N.D. Ill. 1993). *See also Govas v. Chalmers*, 965 F.2d 298, 301 (7th Cir. 1992). The Court "may accept, reject or modify the magistrate judge's recommended decision." *Harper*, 824 F. Supp. at 788. In making

this determination, the Court must look at all of the evidence contained in the record and "give fresh consideration to those issues to which specific objections have been made." *Id*. (quotation omitted).  However, where neither timely nor specific objections to the Report and Recommendation are made, pursuant to 28 U.S.C. § 636(b), this Court need not conduct a de novo review of the Report and Recommendation. *See Thomas v. Arn*, 474 U.S. 140, 149-50 (1985). Accordingly, the Court **ADOPTS** Magistrate Judge Proud's Report and Recommendation (Doc. 22), and it is hereby **ORDERED** that the Commissioner's final decision be **AFFIRMED**.[1]

    **IT IS SO ORDERED.**

    DATED:  March 28, 2012

                                      /s/ G. Patrick Murphy
                                      G. PATRICK MURPHY
                                      United States District Judge

---

1. While, as discussed, a de novo review of the Report and Recommendation in this case is not required, the Court fully agrees with the findings, analysis, and conclusions of Magistrate Judge Proud.